*George H. Taylor, Jr.,* for appellant.

*Frank A. Bennett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ. Not sitting: MILLER, J.

---

MATTHEW CULLEN, Appellant, *v.* RALPH THOMAS, Respondent, Impleaded with Another.

*Cullen* v. *Thomas,* 153 App. Div. 797, appeal dismissed.
(Submitted May 13, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 14, 1913, affirming a judgment in favor of defendant entered upon an order of Special Term granting a motion for judgment on the pleadings in an action to recover for personal injuries alleged to have been occasioned through the negligence of defendant.

*Sydney A. Syme* for appellant.

*Isidor J. Kresel* and *George F. Lewis* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.

---

WILLIAM MULLAHEY, Respondent, *v.* DRAVO CONTRACT-ING COMPANY, Appellant.

*Mullahey* v. *Dravo Contracting Co.,* 154 App. Div. 903, affirmed.
(Argued May 13, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 21, 1912, affirming a judgment in

favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Frederick W. Catlin* for appellant.

*Vine H. Smith* and *Martin T. Manton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.

---

ROSE E. RADKA, as Administratrix of the Estate of WILLIAM H. RADKA, Deceased, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Radka* v. *N. Y. C. & H. R. R. R. Co.*, 146 App. Div. 901; affirmed. (Argued May 14, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 30, 1912, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*George W. Watson* and *Russell L. Kinsey* for appellant.

*Alfred L. Becker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.